IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LISHA JONES, ROSLYN HEDRICK,
DOROTHY E. BARNES, DOROTHY COLEMAN,
IDA MAE DAMPEER BANKS, AND
WILMA DEVINE                                              PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 5:03cv302-DCB-JCS

LIFE OF THE SOUTH INSURANCE CORP.,
ITT LYNDON PROPERTY INSURANCE CORP.,
LYNDON PROPERTY INSURANCE CORP.,
AND JOHN DOES 1-5                                         DEFENDANTS

## ORDER

This matter comes before the Court on the parties' Joint Motion to Stay Case Pending Resolution of Defendants' Motion for Summary Judgment [**docket entry no. 59**]. Resolution of the defendants' Motion for Summary Judgment could dispose of threshold issues prior to allowing the plaintiffs to engage in class discovery and having the parties brief class certification issues. Therefore, the Motion to Stay is well-taken and will be granted. Accordingly,

IT IS HEREBY ORDERED that the parties' Joint Motion to Stay Case Pending Resolution of Defendants' Motion for Summary Judgment [**docket entry no. 59**] is **GRANTED;**

IT IS FURTHER ORDERED that the Case Management Plan Order dated February 3, 2005, is VACATED. An amended Case Management Plan will issue from Judge Sumner's chambers after this Court has ruled on the defendants' pending Motion for Summary Judgment.

SO ORDERED, this the 9th day of December, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE