```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION

LISHA JONES, ROSLYN HEDRICK,
DOROTHY E. BARNES, DOROTHY COLEMAN,
IDA MAE DAMPEER BANKS, AND
WILMA DEVINE                                        PLAINTIFFS

VERSUS                       CIVIL ACTION NO. 5:03cv302-DCB-JCS

LIFE OF THE SOUTH INSURANCE CORP.,
ITT LYNDON PROPERTY INSURANCE CORP.,
LYNDON PROPERTY INSURANCE CORP.,
AND JOHN DOES 1-5                                   DEFENDANTS
```

FINAL JUDGMENT

This cause having come before the Court on the defendants' Motion for Summary Judgment [docket entry no. 61], and the Court having granted the Motion in a separate Memorandum Opinion and Order which disposes of all claims made by the plaintiffs in this suit; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 4th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE